STATE OF RHODE ISLAND
KENT COUNTY, SC.

SUPERIOR COURT

MICHAEL P. TATRO :
(PLAINTIFF) :

VS. : CA.NO. KC06-357

EDWARD CONWAY :
CITY OF WARWICK TREASURER :
WARWICK POLICE DEPARTMENT :
CHIEF STEPHEN MCCARTNEY :
JOHN DOE # 1 :
JOHN DOE # 2 :
JOHN DOE # 3 :
JOHN DOE # 4 :
JOHN DOE # 5 :
JOHN DOE # 6 :

## COMPLAINT

## NATURE OF THE ACTION

1. This is a civil action against retired Warwick Police Officer, Edward Conway, City of Warwick Treasurer, Warwick Police Department, and Chief Stephen McCartney. Six other defendants are named as John Doe. The complaint seeks damages for injuries sustained as a result of a pro-longed series of assaults and sexuall assaults committed by Edward Conway, as well as extortion, kidnapping, intentional inflict-ion of emotional harm and violations of his civil rights under 42 U.S.C. §1983.

## PARTIES

2. Plaintiff, Michael P. Tatro, is a resident of the City of Cranston, and at all times complained of a resident of Rhode Island.

3. Defendant, Warwick City Treasurer is the duely appointed representative of the City of Warwick and the person against whom all claims for monetary damages against the City of Warwick must be

True Copy Attest Superior Court

brought, pursuant to the General Laws of the State of Rhode Island.

4. Defendant, Warwick Police Department, is an agency of the City of Warwick, Primarily charged with the responsibility of enforcing the General Laws of the State of Rhode Island, the Municipal Laws of the City and the overall administration of the Public Safety System with the City of Warwick.

5. Defedant, Edward Conway, is the Perpetrator-Defendant, who upon information and belief resides in the City of Warwick. He is retired Warwick Police Department Police Officer and is sued in his individual and official capacity.

6. Defendant Chief Stephen McCartney, is the current Chief of Police for the Warwick Police Department. He is sued in his official capacity.

7. Defendant, John Doe,#1, was the Warwick Police Chief during the period of 1978-1988 & as such was responsible for the overall supervision, training and day to day management of the Warwick Police Department personnel. He is sued in his official and individual capacity.

8. Defendant John Doe#2, was the Deputy Chief of Police, for the period of 1978-1988 and as such was responsible for the overall supervision, training and day to day management of the Warwick Police Department Department. He is sued in his official and individual capacity.

9. Defendant, John Doe #3, was a captain of the Warwick Police Department for the period 1978-1988. He was employed in the capacity of watch commander. He is sued in his official and individual capacity.

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

the Warwick Police Department, John Doe #1 and John Doe #2. He is sued in his offical and individual capacity.

10. Defendant, John Doe # 4, was a Lieutenent of the Warwick Police Department for the Period of, 1978-1988. He was employed in the capacity ofsupervisor of certain Warwick Police Department Patrol Officers. He is an agent of the City of Warwick, The Warwick Police Department, John DOe #1, John Doe #2, John Doe #3. He is sued in his offical and individual capacity.

11. Defendant, John DOe #5, was a sergeant of the Warwick Police Department for the period of 1978-1988. He was employed in the capacity as a supervisor of certain Warwick Police Department Patrol Officers. He is an agent of the City of Warwick, The Warwick Police Department, John Doe #1, John Doe #2, John Doe #3, John Doe #4. He is sued in his individual and official capacity.

12. Defendant, John Doe # 6, is an insurance company licensed to conduct business in the State of Rhode Island and was the provider of Homeowner's liability insurance coverage to perpetrator-defendant Edward Conway, for the period of 1978-1988.

**JURISDICTION**

13. The Plaintiff seeks damages against each defedant individually in an amount sufficient to establish the jurisdiction of the Superior Court. The plaintiff further states that he expects the damages in this case will exceed One Hundred Thousand Dollars. ($100,000.00).

**VENUE**

14. Pursuant to R.I.G.L. § 9-4-3, venue in Kent County is proper.

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

## FACTS

15. On January 5, 2006, the Plaintiff, Michael P. Tatro, ("Tatro" or "Plaintiff") presented a demand against the City of Warwick, more specifically to the Warwick City Counsel, pursuant to R.I.G.L. §45-15-5, for the claims set forth in this Civil Action. [ copy is attached as exhibit (1) ].

16. Plaintiff allowed the statutorily required period of forty (40) days to pass, and having received no response from Said City Counsel, either admitting or dening the demand refered to in ¶15, Plaintiff now brings suit against the Warwick City Treasurer and numerous other defendants.

17. Tatro, now 36 years old, was born on September 15, 1970, in the State of Rhode Island.

18. For the periods complained of in this Civil Action between January 1, 1971 and July 31, 1985, the Plaintiff resided with his biological family at 103 Love Lane, in the Town of North Kingstown, County of Washington, State of Rhode Island.

19. Upon information and belief, the perpetrator-defendant, Edward Conway, lived in single family home located at 100 Love Lane in the Town of North Kingstown, County of Washington, State of Rhode Island sporadically between January of 1978 and July of 1985.

20. Upon information and belief, the perpetrator defendant lived at said 100 Love Lane, with his wife, Lois A. Conway.

21. Perpetrator-Defendant, upon information and belief was a Warwick Police Officer at all times while he lived at said 100 Love Lane.[1]

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

1. All references to "Perpetrator-Defendant" refer to Edward Conway.

22. During the Perpetrator-Defendant's occupation of or residency at, 100 Love Lane, North Kingstown, RI, Perpetrator-Defendant did keep and store pistols, rifle,shotguns and ammunition inside the dwelling house and inside the garage attached to the dwelling house.

23. During the Perpetrator-Defendant's occupation of or residency at, 100 Love Lane, North Kingstown, RI, Perpetrator-Defednant did Keep and store the uniform of the Warwick Police Department, as was issued to him by the City of Warwick and the Warwick Police Department.

24. During the Perpetrator Defendant's occupation of or residency at, 100 Love Lane, North Kingstown, RI, Perpetrator-Defendant did keep, possess, store or otherwise wear the uniform of the Warwick Police Department, including the badge of identification issued to him by the Warwick Police Department.

25. On a day and dates between January 1, 1978 and September 15, 1983, the Perpetrator-Defendant Edward Conway, then being a Warwick Police Officer, while at 100 Love Lane, North Kingstown, RI, did kidnapp the Plaintiff and hold him against his will.

26. On a day and dates between January 1, 1978 and September 15, 1983, the Perpetrator Defendant Edward Conway, then being a Warwick Police Officer, while at 100 Love Lane, North Kingstown, RI, did assault the Plaintiff with a dangerous weapon, to wit a Billard Table.

27. On a day and dates between January 1, 1978 and September 15, 1983, the Perpetrator-Defendant Edward Conway, then being a Warwick Police Officer, while at 100 Love Lane, North Kingstown, RI did Threaten and extort the Plaintiff with threats against his biological father, Paul E. Tatro, of arrest and physical harm in order to force the plaintiff to engage in sexual contact against his will.

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

with the Perpetrator-Defedant, against the will of the Plaintiff.

28. On a day and dates between January 1, 1978 and September 15, 1983, the Perpetrator-Defendant Edward Conway, then being a Warwick Police Officer, while at 100 Love Lane, North Kingstown, RI, did threaten and extort the Plaintiff with threats of arrest and physical harm against the Plaintiff's Biological Father, Paul E. Tatro., in order to for the Plaintiff to engage in sexual penetration with the Perpetrator-Defendant, against the will of the Plaintiff.

29. On a day and dates between January 1, 1978 and September 15, 1983, the Perpetrator-Defendant, then a Warwick Police Officer, while at said 100 Love Lane, North Kingstown, RI, did force the Plaintiff to engage in sexual contact with the Perpetrator-Defendant, against the will of the Plaintiff.

30. On a day and dates between January 1, 1978 and September 15, 1983, the Perpetrator-Defendant Edward Conway, did force the Plaintiff to engage in sexual penetration, against his will.

31. On a day and dates between January 1, 1978 and September 15, 1983, the Perpetrator-Defendant Edward Conway, did fail to report the commission of a sexual assault to the Local or State Police.

32. On a day and dates between January 1, 1978 and September 15, 1983, the Perpetrator-Defendant Edward Conway, did assault and batter the Plaintiff with the intent to comit the crime of first degree sexual assault.

33. On a day and dates between January 1, 1978 and September 15, 1983, the Perpetrator-Defendant Edward Conway, Did threaten or intimidate the Plaintiff in order to prevent him from reporting the conduct complained of to his parents, teachers or the police.

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

34. On a day and dates between September 16, 1983, and July 31, 1985, the Perpetrator-Defendant Edward Conway, then being a Warwick Police Officer, while at 100 Love Lane, North Kingstown, RI, did kidnapp the plaintiff and hold him at said 100 Love Lane, North Kingstown, RI, against his will.

35. On a day and dates between January 1, 1978 and July 31, 1985, the Perpetrator-Defendant Edward Conway, then being a Warwick Police Officer, while at 100 Love Lane North Kingstown, RI, did assault the plaintiff.

36. On a day and dates between September 16, 1983 and July 31, 1985, the Perpetrator-Defendant Edward Conway, then being a Warwick Police Officer, while at 100 Love Lane, North Kingstown, RI, did threaten and extort the Plaintiff with threats of arrest and physical harm agaisnt his biological father, Paul E. Tatro, in order to force the Plaintiff to engage in sexual contact with the Perpetrator-Defendant, against the will of the Plaintiff.

37. On a day and dates between September 16, 1983 and July 31, 1985, the Perpetrator-Defendant, the being a Warwick Police Officer, while at 100 Love Lane, North Kingstown, RI, did threaten and extort the Plaintiff with threats of arrest and physical harm against his biological father, Paul E. Tatro, in order to force the Plaintiff to engage in sexual penetration with the Perpetrator-Defednant, against the will of the Plaintiff.

38. On a day and dates between September 16, 1983 and July 31, 1985, the Perpetrator-Defendant Edward Conway, then being a Warwick Police Officer, did force the Plaintiff to engage in sexual contact with the perpetrator-defendant, agaisnt the will of the Plaintiff.

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

39. On a day and dates between September 16, 1983 and July 31, 1985, the Perpetrator-Defedant Edward Conway, then being a Warwick Police Officer, did force the Plaintiff to engage in sexual penetration agaisnt his will.

40. On a day and dates between Septemeber 16, 1983 and July 31, 1985, the Perpetrator-Defendant Edward Conway, then being a Warwick Police Officer, did assault and batter the Plaintiff with the intent to commit first degree sexual assault.

41. On a day and dates between September 16, 1983 and July 31, 1985, the Perpetrator-Defendant Edward Conway, then being a Warwick Police Officer, did fail to report the commission of a sexual assault to the local or State Police.

42. On a day and dates between September 16, 1983 and July 31, 1985, the Perpetratro-Defendant Edward Conway, then being a Warwick Police Officer, did threaten or intimidate the Plaintiff in order to prevent him from reporting the conduct complained of to his parents, teachers or the police.

43. On a day and dates between July 31, 1985 and September 15, 1988, the Perpetrator-Defendant did Kidnapp the Plaintiff, while the Perpetrator-Defendant was on duty, in uniform and operating a Warwick Police Department vehicle and hold him therein against his will.

44. On a day and dates between July 31, 1985 and September 15, 1988, the Perpetrator-Defendant Edward Conway, did wrongfully Arrest and detain the Plaintiff, in an effort to force the Plaintiff to engage in sexual contact with the Perpetrator-Defendant, against the will of the Plaintiff.

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

45. On a day and dates between July 31, 1985 and September 15, 1988, the Perpetrator-Defendant Edward Conway , did wrongfully imprison the Plaintiff inside a Warwick Police Vehicle and transport him against his will from a location on Warwick Avenue in the City of Warwick, to a location behind the former ALMACS Supermarket, located on West Shore Road, in the Buttonwoods section of the City of Warwick, and thereat forced the Plaintiff to engage in sexual contact against his will.

46. On a day and dates between July 31, 1895 and September 15, 1988, the Perpetrator-Defendant Edward Conway, did wrongfully imprison the Plaintiff inside a Warwick Police Vehicle and transport his against his will from a location on Warwick Avenue in the City of Warwick, to a location behind the former ALMACS Supermarket, located on West Shore Road, in the Buttonwoods section of the City of Warwick, and thereat forced the plaintiff to engage in sexual penetration against his will.

47. On a day and dates between July 31, 1985 and September 15, 1988, the Perpetrator-Defendant Edward Conway, did wrongfully imprison the Plaintiff inside a motor-vehicle, while on duty as a detail officer at the former Rocky Point Amusement Park, and did force the Plaintiff to engage in sexual contact against his will, while so confined therein.

48. On a day and dates between July 31, 1985 and September 15, 1988, the Perpetrator-Defendant, while on duty as a detail officer at the former Rocky Point Amusement Park, did force the Plaintiff to engage in sexual pentration against his will.

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

49. On a day and dates between July 31, 1985 and September 15,1988, the Perpetrator-Defedant, while on duty as a Warwick Police Detail Officer, at the former Rocky Point Amusement Park, did assault and batter the Plaintiff.

50. On a day and dates between July 31, 1985 and September 15, 1988, the Perpetrator-Defendant, while on duty as a Warwick Police Detail Officer, at the former Rocky Point Amusement Park, did threaten and extort the Plaintiff with threats of physical harm and arrest of his biological father, Paul E. Tatro, in order to force the Plaintiff to engage in sexual contact and sexual penetration against his will.

**COUNT ONE**
(PERSONAL INJURY)

51. The plaintiff alleges and realleges the facts as set-forth in ¶ 15-50 against Perpetrator-Defendant Edward Conway.

52. The actions of the Perpetrator-Defendant did cause injury to the Plaintiff, physically, together with great suffering of mind and body.

**COUNT TWO**
(PERSONAL INJURY)

53. The Plaintiff alleges and realleges the facts as set-forth in ¶15-50 against Perpetrator Defendant Edward Conway.

54. The actions of the Perpetrator-Defendant did cause serious emotional, psychological and mental injury to the Plaintiff.

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

**COUNT THREE**

**(NEGLIGENCE)**

55. The Plaintiff alleges and realleges the facts as set-forth in ¶ 15-50, against the Perpetrator-Defendant, Edward Conway.

56. The actions of the Perpetrator-Defendant as set-forth in ¶ 17-43, consitute a negligent breach of the Perpetrator-Defendant's duty to reasonably maintain a safe environment for the benefit of those persons, specifically the Plaintiff, who are lawfully or otherwise invited onto the property located at 100 Love Lane, North Kingstown, RI.

57. The negligent actions of the Perpetrator-Defendant as set-forth in ¶ 17-43 were the proximate cause of serious physical, emotional and psychological injuries to the Plaintiff.

**COUNT FOUR**
(PREMISE LIABILITY)

58. The Plaintiff alleges and realleges the facts as set-forth in ¶ 15-50, against the Perpetrator-Defendant, Edward Conway.

59. The actions of the Perpetrator-Defendant as set-forth in ¶ 17-43. constitute a breach of the Perpetrator Defendant's duty to protect the Plaintiff against the risk of dangerous conditions exisiting on the premises located at 100 Love Lane, North Kingtown, RI.

60. The actions of the Perpetrator-Defendant, as set-forth in ¶ 17-43 were the proximate cause of serious physical, emotional and psychological injury to the Plaintiff.

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

## COUNT FIVE

**(VIOLATION OF 42 U.S.C. §1983)**

61. The Plaintiff alleges and realleges the facts as setforth in ¶15-50 against the Perpetrator-Defendant Edward Conway, the Treasurer of the City of Warwick, The Warwick Police Department, Chief Stephen McCartney, and John Doe defendants #1-5.

62. The actions of Defendant-Perpetrator Edward Conway as set-forth in ¶15-50, constitute a violation of the Plainttiff's civil rights under 42 U.S.C. ¶1983, in that he was assaulted, sexually assaulted, kidnapped, extorted, wrongfully arrested and wrongfully imprisoned by a Warwick Police Officer, while in uniform, on duty and or otherwise relying on the authority vested within him as a Police Officer.

63. As a result of the actions of the Perpetrator-Defendant, the Warwick City Treasurer, the Warwick Police Department, Chief Stephen McCartney, and John Doe Defendants #1-5, the Plaintiff has and will continue to suffer serious physical, emotional and psychological harm.

64. As a result of the actions of the Perpetrator-Defendant, the City of Warwick Treasurer, the Warwick Police Department, Chief Stephen McCartney, and John Doe Defendants #1-5, the Plaintiff has sustained a loss of freedom, wages, and association with his family.

65. As a result of the actions of the defendants identified in ¶ 64 the plaintiff will continue to suffer from the injuries sustained at the hands of the Perpetrator-Defendant Edward Conway set forth in ¶ 17-50.

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island

**COUNT SIX**

**(VIOLATION OF 42 U.S.C. ¶1983)**

66. The Plaintiff alleges and realleges the facts as set-forth in ¶15-50, against the Perpetrator-Defendant Edward Conway, The Warwick City Treasurer, The Warwick Police Department, Chief Stephen McCartney, and John Doe Defendants 1-5.

67. Defendants, City of Warwick Treasurer, Warwick Police Department, Chief Stephen McCartney and John Doe Defendants #1-5, failed to properly supervise, train or otherwise maintian control over Defendant-Perpetrator Edward Conway, while he was a Warwick Police Officer, in possession or control of any Warwick Police Department Equipment, including, but not limited to, a Patrol Car, Knight-stick, Uniform, Badge of Identification, Service Weapon, or any other item issued by the Warwick Police Department for the execution of the duty and office of Police Officer, in and for the City of Warwick.

68. The Negligence of the Defendants identified in ¶ 67, has caused and will continue to cause the Plaintiff to sustain serious physical, emotional and psychological injuries, including the detoriation of his mental state so as to deprive him of the ability to conform his behavior to the rules of society, resulting in extended periods of incarceration.

True Copy Attest
Clerk of Superior Court
County of Kent
Warwick, Rhode Island

**(COUNT SEVEN)**

**(INTENTIONAL INFLICTION OF EMOTIONAL HARM)**

69. The Plaintiff alleges and realleges the facts as set-forth in ¶ 15-50, against Perpetrator-Defendant, Edward Conway.

70. The actions of the Perpetrator-Defendant, Edward Conway, are the very definition of willful and intentional infliction of emotional harm.

71. As a result of the actions of the Perpetrator-Defendant, Edward Conway, the Plaintiff has been diagnosed with Multiple Peronality Disorder, Depression and Post-Traumatic Stress Syndrome, and as such is under the care or a psychiatrist and must take numerous medications on a daily basis.

72. As a result of the actions of the Perpetrator-Defendant, Edward Conway, the Plaintiff has suffered from an extreme inability to regularly conform his behavior to the rules of society.

73. As a result of the actions of the Perpetrator-Defendant,Edward Conway, the Plaintiff has suffered the loss of Wife, Step-Child and Child, due to the severe mental disability from which he suffers.

**(COUNT EIGHT)**

**(INTENTIONAL INFLICTION OF EMOTIONAL HARM)**

74. The Plaintiff alleges and realleges the facts as set-forth in¶15-50, against each defendant individually.

75. The actions of the defendants in ¶15-50 have caused the Plaintiff to suffer extreme emotional harm, including the loss of Marital Relationship, Companionship of his children, the ability

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Providence, Rhode Island

to form and maintain meaningful relationships, and to conform his behavior to the rules of society and to be able to manage his daily affairs.

76. As a result of the actions setforth in ¶15-50, the Plaintiff has and will continue to suffer great financial loss as well as the loss of his freedom.

**WHEREFORE,** the plaintiff demands judgment against the defendant's jointly and individually and in thier official and Individual Capacity, for Personal Injury, lost wages, fales arrest, false imprisonment, assault, sexual assault, kidnapping and extortion, negligence and premise liability.

Plaintiff DEMANDS A TRIAL BY JURY.

Respectfully Submitted:

Michael P. Tatro, Pro-Se.
P.O. BOX 8249
Cranston, RI 02920

True Copy Attest:
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island