STATE RHODE ISLAND AND PROVIDENCE PL ATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2006-0527 MICHAEL TATRO V EDWARD CONWAY

Filing Date: 06-07-2006
Case Status: UNASSIGNED

Case Type: OTHER CIVIL ACTION
Status Date: 06-07-2006

Plaintiff: MICHAEL TATRO
ID: @10844434

Attorney: PRO SE

Defendant: EDWARD CONWAY
ID: @10844435
Defendant: CITY OF WARWICK
ID: WARWICK
Defendant: WARWICK POLICE DEPARTMENT
ID: @10844437
Defendant: STEPHEN MCCARTNEY
ID: @10844439

Scheduled Events

| ate | Event | Location | Judge |
|---|---|---|---|

Prior Events

| ate | Event | Location | Judge |
|---|---|---|---|
| 6-09-2006 | MOTION<br>MOTION GRANTED | K CRT3 | THOMPSON |

Case Jacket

| hecked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| ate | Description | Text |
|---|---|---|
| 6-07-2006 | COMPLAINT FILED | |
| 6-07-2006 | INITIAL FILING FEE | |
| 6-07-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCK52901. |
| 6-07-2006 | ORD MOT PRCD IN FORMA PAUPERI | GRANTEDTHOMPSON,J***SEE ORDER FOR DETAILS*** |
| 6-07-2006 | ENTRY OF APPEARANCE | Affiliated: TATRO, MICHAEL |
| 6-09-2006 | MOTION GRANTED | |
| 6-09-2006 | ORDER ENTERED | THOMPSON, J. - MOTION TO ISSUE A SUBPOENA DUCES TECUM IS GRANTED |
| 6-09-2006 | MOTION | TO ISSUE SUBPOENA DUCES TECUM IS GRANTED. PLTF IS REMANDED TO ACI. |

True Copy Attest
Office of Clerk of Superior Court
County of Kent