UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL P. TATRO,

*Plaintiff (PRO SE),*

vs.

C.A. No. 06-333 ML
(Former C.A. No. KC06-0527)

EDWARD CONWAY, ET, et al.

*Defendants,*

**ENTRY OF APPEARANCE**

Now come the undersigned attorneys and enter their appearance for the defendants, City of Warwick Treasurer, Warwick Police Department and Chief Stephen McCartney, in the above captioned matter.

Defendants,
City of Warwick Treasurer, Warwick Police Department and Chief Stephen McCartney,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com