RECEIVED
2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**MICHAEL P. TATRO**
*(PLAINTIFF)*

**VS.**

**EDWARD CONWAY, JR.**
**CITY OF WARWICK TREASURER**
**WARWICK POLICE DEPARTMENT**
**CHIEF STEPHEN MCCARTNEY**
**JOHN DOE #1,JOHN DOE #2,**
**JOHN DOE #3, JOHN DOE #4**
**JOHN DOE #5, JOHN DOE #6**
(DEFENDANT'S)

**C.A. No: 06-333ML**

**(Former -CA NO K-06-527)**

# ENTRY OF APPEARANCE

**NOW COMES** the plaintiff, Michael P. Tatro, and hereby enters his appearance, Pro-se.

RESPECTFULLY SUBMITTED:

Michael P. Tatro, Pro-Se (ID# 78721)
P.O. Box 8249
Cranston, RI 02920
ISC-G-218Bottom