**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL P. TATRO**
*(PLAINTIFF)*

**VS.**

**EDWARD CONWAY, JR.**
**CITY OF WARWICK TREASURER**
**WARWICK POLICE DEPARTMENT**
**CHIEF STEPHEN MCCARTNEY**
**JOHN DOE #1,JOHN DOE #2,**
**JOHN DOE #3, JOHN DOE #4**
**JOHN DOE #5, JOHN DOE #6**
(DEFENDANT'S)

**C.A. No: 06-333ML**

**(Former -CA NO K-06-527)**

**MOTION FOR LEAVE TO FILE**
**AN AMENDED COMPLAINT**

**NOW COMES** the plaintiff, Michael P. Tatro ("Tatro') in the above captioned case and hereby moves this Honorable Court for leave to file an amended complaint pursuant to FED. R. Civ. P. 15(a). The court should grant this motion for the following reasons:

FED. R. CIV. P. 15(a) requires that " leave [to amend complaint] shall be given freely when justice so requires." In the case at bar, no substantial reason exists to contravene the liberal amendment policy underlying R.I. R. Civ. P. 15(a). Accordingly, Michael P. Tatro's Motion to Amend the Complaint should be granted. Plaintiff's proposed Motion for Leave to Amend complaint is attached hereto as Exhibit B.

**Michael P. Tatro, Pro-Se.**
**P.O. Box 8249**
**Cranston, RI 02920**

**CERTIFICATION**

I hereby certify that I mailed a true copy of the with motion to counsel of record, Marc Desisto, Desisto Law, 211 Angel Street, Providence, RI 02903 on the 27th day of July 2006.

Michael P. Tatro

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL P. TATRO**
*(PLAINTIFF)*

**VS.**

**EDWARD CONWAY, JR.**
**CITY OF WARWICK TREASURER**
**WARWICK POLICE DEPARTMENT**
**CHIEF STEPHEN MCCARTNEY**
**JOHN DOE #1,JOHN DOE #2,**
**JOHN DOE #3, JOHN DOE #4**
**JOHN DOE #5, JOHN DOE #6**
(DEFENDANT'S)

**C.A. No: 06-333ML**

**(Former -CA NO K-06-527)**

**MEMORANDUM IN SUPPORT OF RULE 15(A)**
**MOTION FOR LEAVE TO FILE**
**AN AMENDED COMPLAINT**

Plaintiff, Michael P. Tatro, submits the foregoing memorandum in support of his Rule 15(a) Motion for leave to file and amended complaint. Pursuant to the rule he identifies the following differences in the proposed amended complaint.

1) The proposed amendment adds the complete home address of the Perpetrator Defendant Edward Conway, as was received by the plaintiff in response to a Subpoena Duces Tecum issued to Defendant Chief Stephen McCartney on June 30, 2006 and answered on July 5, 2006.

2) The proposed amendment make the addition of "Jr." in the name of Perpetrator Defendant Edward Conway, as was received by the plaintiff in response to a Subpoena Duces Tecum issued to Defendant Chief Stephen McCartney on June 30, 2006 and answered on July 5, 2006.

3) The proposed amended complaint more specifically sets forth the allegations against each defendant. While the number of paragraphs in the proposed amended complaint is nearly double that of the original, the plaintiff submits that there are no significant new causes of action.

4) Where the defendants have filed a motion to dismiss in lieu of an answer pursuant to Rule 12(b)(6) and there has been no extensive pleading to the facts as previously alleged and the spirit of their motion to dismiss speaks completely to the issue of statutes of limitations, there is no prejudice to the defendants. Especially where he has not changed the dates of the conduct complained of.

FED. R. CIV. P. 15(a) requires that " leave [to amend complaint] shall be given freely when justice so requires." In the case at bar, no substantial reason exists to contravene the liberal amendment policy underlying FED. R. Civ. P. 15(a). Accordingly, Michael P. Tatro's Motion to Amend the Complaint should be granted. Plaintiff's proposed Motion for Leave to Amend complaint is attached hereto as Exhibit A.

**Michael P. Tatro, Pro-Se.**
**P.O. Box 8249**
**Cranston, RI 02920**

**CERTIFICATION**

I hereby certify that I mailed a true copy of the with motion to counsel of record, Marc Desisto, Desisto Law, 211 Angel Street, Providence, RI 02903 on the 27th day of July 2006.

[signature]

Michael P. Tatro