**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL P. TATRO,
*Plaintiff (PRO SE)*,

vs.

EDWARD CONWAY, et al
*Defendants*

C.A. No: 06 333 ML

*( Former C.A. No. KC06-0527 )*

**OBJECTION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

Now come the Defendants, City of Warwick Treasurer, Warwick Police Department, and Chief Stephen McCartney, and hereby object to Plaintiff's Motion for Leave to Amend Complaint. As grounds, Defendants state that the Second Amended Complaint would be futile in that it is time-barred by *R.I. Gen. Laws §9-1-14.* Defendants further rely on Defendants Memorandum in Support of Objection to Motion for Leave to Amend Complaint.

Defendants,
By their attorneys,

/s/ Marc DeSisto
/s/ Karen K. Corcoran
Marc DeSisto, Esq. (#2757)
Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com
karen@desistolaw.com

CERTIFICATION OF SERVICE

This document has been filed electronically and is available for viewing and downloading from the ECF system. I hereby further certify that a true copy of the within Reply Memorandum was mailed, postage prepaid, on this _______ day of August, 2006 to:

Michael P. Tatro, Pro Se
P.O. Box 8249
Cranston, RI 02920

/s/ Karen K. Corcoran

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL P. TATRO,
*Plaintiff (PRO SE)*,

vs. C.A. No: 06 333 ML

EDWARD CONWAY, et al *( Former C.A. No. KC06-0527 )*
*Defendants*

**MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

Now come the Defendants, City of Warwick Treasurer, Warwick Police Department, and Chief Stephen McCartney, and hereby object to Plaintiff's Motion for Leave to Amend Complaint. As grounds, Defendants state that the Second Amended Complaint would be futile in that it is time-barred by *R.I. Gen. Laws §9-1-14.* Defendants further rely on the reasons and arguments as presented in Defendants' Memorandum in Support of Motion to Dismiss in Lieu of Answer, (Docket #4) as well as their reasons and arguments as presented in Defendants' Reply Memorandum in Support of their Motion to Dismiss in Lieu of Answer, (Docket #8).

Defendants,
By their attorneys,

/s/ Marc DeSisto
/s/ Karen K. Corcoran
Marc DeSisto, Esq. (#2757)
Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com
karen@desistolaw.com

CERTIFICATION OF SERVICE

This document has been filed electronically and is available for viewing and downloading from the ECF system. I hereby further certify that a true copy of the within Reply Memorandum was mailed, postage prepaid, on this _______ day of August, 2006 to:

Michael P. Tatro, Pro Se
P.O. Box 8249
Cranston, RI 02920

/s/ Karen K. Corcoran