UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL P. TATRO | : | |
| | : | |
| v. | : | C.A. No. 06-333ML |
| | : | |
| EDWARD CONWAY, et als. | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
August 16, 2006

BY ORDER:

Deputy Clerk