**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL P. TATRO**
***(PLAINTIFF)***

**VS.**

**EDWARD CONWAY, JR.**
**CITY OF WARWICK TREASURER**
**WARWICK POLICE DEPARTMENT**
**CHIEF STEPHEN MCCARTNEY**
**JOHN DOE #1, JOHN DOE #2,**
**JOHN DOE #3, JOHN DOE #4**
**JOHN DOE #5, JOHN DOE #6**
(DEFENDANT'S)

**C.A. No: 06-333ML**

**(Former -CA NO K-06-527)**

**PLAINTIFF MICHAEL P. TATRO'S MOTION FOR THE DISTRICT COURT TO TAKE JUDICIAL NOTICE OF THE PRIOR ORDER OF THE SUPERIOR COURT GRANTING HIM LEAVE TO PROCEED IN FORMA PAUPERIS**

NOW COMES the plaintiff, Michael P. Tatro, Pro-Se, in the above entitled matter and hereby moves this Honorable Court to take Judicial Notice of the Kent County Superior Court Order of June 6, 2006, granting him leave to proceed in Forma Pauperis. He relies upon the attached memorandum in support hereof:

Respectfully Submitted:

Michael P. Tatro, Pro-Se
Intake Service Center
P.O. Box 8249
Cranston, RI 02920
ISC G 218 B

**CERTIFICATION**

I hereby certify that I mailed a true copy of the with motion to counsel of record for Defendants City of Warwick Treasurer and Chief Stephen McCartney, Marc Desisto, Desisto Law, 211 Angel Street, Providence, RI 02903 on the 22nd day of August 2006.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL P. TATRO**
***(PLAINTIFF)***

**VS.**

**EDWARD CONWAY, JR.**
**CITY OF WARWICK TREASURER**
**WARWICK POLICE DEPARTMENT**
**CHIEF STEPHEN MCCARTNEY**
**JOHN DOE #1, JOHN DOE #2,**
**JOHN DOE #3, JOHN DOE #4**
**JOHN DOE #5, JOHN DOE #6**
(DEFENDANT'S)

**C.A. No: 06-333ML**

**(Former -CA NO K-06-527)**

**MEMORANDUM IN SUPPORT OF PLAINTIFF MICHAEL P. TATRO'S MOTION FOR THE DISTRICT COURT TO TAKE JUDICIAL NOTICE OF THE PRIOR ORDER OF THE SUPERIOR COURT GRANTING HIM LEAVE TO PROCEED IN FORMA PAUPERIS**

## I. TRAVEL AND HISTORY

On June 6, 2006 the plaintiff Michael P. Tatro filed a civil action in the Kent County Superior Court[1] against the above named defendants sounding in allegations of assaults, sexual assaults, kidnapping, intimidation of a witness, obstruction of justice, failure to report the commission of a first degree sexual assault, extortion, false arrest, false imprisonment, intentional infliction of emotional harm, negligence, premise liability, breach of contract, breach of fiduciary responsibility, and civil rights violations under 42 U.S.C. §1983.

[1] The original Superior Court Case Number is K06-527.

Upon filing said complaint the Plaintiff simultaneously sought leave from the Superior Court to Proceed in Forma Pauperis. After a hearing the Court issued an order granting the Plaintiff's motion. [2]

On June 30, 2006 Service of Process was affected upon three of the Defendant's (City of Warwick Treasurer, Warwick Police Department and Chief Stephen McCartney) via the Rhode Island Sheriff's Department. The plaintiff is still attempting to complete service upon Perpetrator Defendant Edward Conway.

Upon receipt of the summons and complaint, the Attorney for Defendants City of Warwick Treasurer, Warwick Police Department and the Chief Stephen McCartney, filed a petition to remove the matter form state court pursuant to 28 U.S.C. 1446. [3]

The matter is now proceeding in the United States District Court for the District of Rhode Island.

## II. RULE 201 OF THE FEDERAL RULES OF EVIDENCE

Rule 201 of the Federal Rules of Evidence provides for the taking of Judicial Notice of adjudicative facts. Specifically subsection (b) defines the kinds of facts which a Court may take Judicial notice of:

-A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known with the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

---

[2] Copy of Superior Court Order is attached as Exhibit A

[3] Petition attached as Exhibit B

The plaintiff submits that in the case at bar the finding of the Superior Court, Thompson, J, that the plaintiff is indigent is a fact that this court is capable of taking notice of. Further, the plaintiff avers that it would not be reasonable to question the basic determination made in the first instance by the Superior Court who placed the plaintiff under oath and conducted a voir dire with regard to his assets.

## II. UNITED STATES CODE TITLE 28 § 1450

In addition to the authority and requirement set forth in Rule 201 of the Federal Rules of Evidence the plaintiff directs this court's attention to the language of 28 § 1450 which states in pertinent part:

> All injunctions, orders, and other proceedings had in such action prior to its removal shall remain in full force and effect until dissolved or modified by the district court.

## III. CONCLUSION

Accordingly, the plaintiff moves that this court take notice of the order of the Superior Court granting him Forma Pauper Status and enter an appropriate order in the District Court allowing him to proceed without payment of costs. (Filing fees [if necessary to prosecute and appeal] and service of all process)

Respectfully Submitted:

Michael P. Tatro, Pro-Se
Intake Service Center
P.O. Box 8249
Cranston, RI 02920
ISC G 218 B

**CERTIFICATION**

I hereby certify that I mailed a true copy of the with motion to counsel of record for Defendants City of Warwick Treasurer and Chief Stephen McCartney, Marc Desisto, Desisto Law, 211 Angel Street, Providence, RI 02903 on the 22nd day of August 2006.

**PLEASE TAKE NOTICE** THAT THE WITHIN MOTION WAS ALSO MAILED, POSTAGE PRE-PAID, TO THE HOME ADDRESS OF THE DEFENDANT EDWARD CONWAY AT 232 WASHINGTON, AVENUE, WARWICK, RI 02889 ON THE 22nd DAY OF AUGUST 2006. **PLEASE TAKE FURTHER NOTICE** THAT THE PLAINTIFF HAS STILL BEEN UNSUCCESSFUL IN HIS EFFORTS TO HAVE DEFENDANT CONWAY SERVED WITH A COPY OF THE SUMMONS AND COMPLAINT.