# PLAINTIFF'S EXHIBIT A

## SUPERIOR COURT ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

STATE OF RHODE ISLAND
KENT COUNTY, SC.

SUPERIOR COURT

MICHAEL P. TATRO :
(PLAINTIFF) :

VS. : CA.NO. KC06-527

EDWARD CONWAY :
CITY OF WARWICK TREASURER :
WARWICK POLICE DEPARTMENT :
CHIEF STEPHEN MCCARTNEY :
JOHN DOE # 1 :
JOHN DOE # 2 :
JOHN DOE # 3 :
JOHN DOE # 4 :
JOHN DOE # 5 :
JOHN DOE # 6 :

ORDER

This matter came on to be heard before O. Rogeriee Thompson, J. on the Plaintiff's Ex-Parte Motion to Proceed in Forma Pauperis in this matter. After consideration thereof, the Court

ORDERS ADJUDGES AND DECREES

that the Plaintiff's motion is granted. The Clerk of the Kent County Superior Court is hereby directed to file the complaint without payment of costs and the Rhode Island Sheriff's office shall serve all process without costs.

O. Rogeriee Thompson
Entered

Dated: 6-6-06

[signature] Deputy Clerk
Ordered

Dated: 6/6/06

Presented By:

Michael P. Tatro, Pro-Se.
P.O. Box 8249
Cranston, RI 02920