# PLAINTIFF'S EXHIBIT B

## PETITION TO REMOVE TO THE UNITED STATED DISTRICT COURT FILED BY DEFENDANTS, WARWICK CITY TREASURER, WARWICK POLICE DEPARTMENT AND CHIEF STEPHEN MCCARTNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL P. TATRO,<br>*Plaintiff (PRO SE),*<br>vs.<br>EDWARD CONWAY, CITY OF WARWICK TREASURER, WARWICK POLICE DEPARTMENT, CHIEF STEPHEN McCARTNEY and JOHN DOES 1-6,<br>*Defendants.* | C.A. No. 06 333 ML<br>*{ R.I. Superior Court C.A. No. KC06-0527 }* |

**PETITION FOR REMOVAL**

**To: United States District Court**
**for the District of Rhode Island**

1. Defendants—City of Warwick Treasurer, Warwick Police Department and Chief Stephen McCartney are defendants[1] in a civil action filed in the Kent County Superior Court entitled, *Michael P. Tatro v. Edward Conway, et al., C.A. No. KC06-0527.* Attached to this petition is a complete and certified copy of the record from the Kent County Superior Court. *See Exhibit A.*

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about June 30, 2006.

3. The above described action, as stated in plaintiff's complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. §

[1] To the best knowledge of the instant defendants, to date, Edward Conway has not been served with a copy of the instant complaint.

1441(a)-(d).

Defendants,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
karen@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this 19th day of July, 2006, to:

Michael P. Tatro, *pro se*
P.O. Box 8249
Cranston, RI 02920