RECEIVED
AUG 25 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL P. TATRO**
***(PLAINTIFF)***

**VS.**

**EDWARD CONWAY, JR.**
**CITY OF WARWICK TREASURER**
**WARWICK POLICE DEPARTMENT**
**CHIEF STEPHEN MCCARTNEY**
**JOHN DOE #1, JOHN DOE #2,**
**JOHN DOE #3, JOHN DOE #4**
**JOHN DOE #5, JOHN DOE #6**
(DEFENDANT'S)

**C.A. No: 06-333ML**

**(Former -CA NO K-06-527)**

FILED
AUG 25 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

[illegible] The Defendants who have paid the required filing fee.
Mary M. Lisi USDJ 8/28/06

**PLAINTIFF MICHAEL P. TATRO'S MOTION FOR THE DISTRICT COURT TO TAKE JUDICIAL NOTICE OF THE PRIOR ORDER OF THE SUPERIOR COURT GRANTING HIM LEAVE TO PROCEED IN FORMA PAUPERIS**

NOW COMES the plaintiff, Michael P. Tatro, Pro-Se, in the above entitled matter and hereby moves this Honorable Court to take Judicial Notice of the Kent County Superior Court Order of June 6, 2006, granting him leave to proceed in Forma Pauperis. He relies upon the attached memorandum in support hereof:

Respectfully Submitted:

Michael P. Tatro, Pro-Se
Intake Service Center
P.O. Box 8249
Cranston, RI 02920
ISC G 218 B

**CERTIFICATION**

I hereby certify that I mailed a true copy of the with motion to counsel of record for Defendants City of Warwick Treasurer and Chief Stephen McCartney, Marc Desisto, Desisto Law, 211 Angel Street, Providence, RI 02903 on the 22nd day of August 2006.