**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CIVIL CLERK**
**FEDERAL BUILDING, KENNEDY PLAZA**
**PROVIDENCE, RI 02903**

**August 22, 2006**

**RE: Tatro v. Conway, 06-333-ML**

Dear Clerk:

Enclosed please find a proof of service affected on Edward Conway by the Rhode Island Sheriff's department. Other defendants have removed the case to District Court and therefore I am filing same with the United States District Court pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Thank you.

Michael P. Tatro, Pro-Se
P.O. Box 8249
Cranston, RI 02920
ISC G 218 B

CC; file