UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL P. TATRO,

*Plaintiff (PRO SE),*

vs.

EDWARD CONWAY, et al.,

*Defendants,*

C.A. No. 06-333 ML

**ENTRY OF APPEARANCE**

Now comes the undersigned attorney and enters her appearance for the defendant, Edward Conway, in the above captioned matter.

Defendant,
Edward Conway,
By his attorneys,

*/s/ Karen K. Corcoran*

Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: karen@desistolaw.com

CERTIFICATION OF SERVICE

This document has been filed electronically and is available for viewing and downloading from the ECF system. I hereby further certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, on this 5th day of September, 2006 to:

Michael P. Tatro, Pro Se
P.O. Box 8249
Cranston, RI 02920

*/s/ Karen K. Corcoran*