**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL P. TATRO,
*Plaintiff (PRO SE)*,

vs. C.A. No: 06-333 ML

EDWARD CONWAY, et al
*Defendants*

**DEFENDANT EDWARD CONWAY'S**
**MOTION TO DISMISS IN LIEU OF ANSWER**
**IN ACCORDANCE WITH RULE 12(b)(6)**

NOW COMES the Defendant, Edward Conway, to join Defendants, City of Warwick Treasurer, Warwick Police Department and Chief Stephen McCartney, in their Motion to Dismiss in Lieu of Answer. Defendant hereby moves this Court for an Order dismissing Plaintiff's Complaint against him pursuant to Rule 12(b)(6) of the Rhode Island Federal Rules of Civil Procedure. As grounds, Defendant states that Plaintiff's Complaint fails to state a claim against him. Defendant further relies on his Memorandum attached hereto and made a part hereof.

Defendant,
By his attorneys,

*/s/ Marc DeSisto*
*/s/ Karen K. Corcoran*
Marc DeSisto, Esq. (#2757)
Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com
karen@desistolaw.com

CERTIFICATION OF SERVICE

This document has been filed electronically and is available for viewing and downloading from the ECF system. I hereby further certify that a true copy of the within Motion to Dismiss in Lieu of Answer was mailed, postage prepaid, on this 5th day of September, 2006 to:

Michael P. Tatro, Pro Se
P.O. Box 8249
Cranston, RI 02920

*/s/ Karen K. Corcoran*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL P. TATRO,
*Plaintiff (PRO SE)*,

vs. C.A. No: 06-333 ML

EDWARD CONWAY, et al.,
*Defendants.*

**MEMORANDUM OF DEFENDANT EDWARD CONWAY**
**IN SUPPORT OF HIS MOTION TO DISMISS IN LIEU OF ANSWER**
**IN ACCORDANCE WITH RULE 12(b)(6)**

## I. INTRODUCTION

Plaintiff alleges in his Amended Complaint, served upon the Defendant, Edward Conway, ( hereinafter "Defendant") on August 18, 2006, that he was sexually assaulted by Defendant at various times between January 1, 1978 and September 15, 1988. See *"Plaintiff's Amended Complaint"*.

Defendant now joins with Defendants, City of Warwick Treasurer, Warwick Police Department and Chief Stephen McCartney, and moves, in lieu of answer, to dismiss the instant complaint based on statute of limitations arguments.

In support of his Motion to Dismiss in Lieu of Answer, Defendant relies on Defendants', City of Warwick Treasurer, Warwick Police Department and Chief Stephen McCartney, Memorandum of Law in Support of their Motion to Dismiss in Lieu of Answer. See *Exhibit A, "Memorandum of Defendants, City of Warwick Treasurer, Warwick Police Department and Chief Stephen McCartney, in Support of their Motion to Dismiss in Lieu of Answer."*

Defendant also relies on Reply Memorandum of Defendants, City of Warwick Treasurer, Warwick Police Department and Chief Stephen McCartney, in Support of their Motion to

Dismiss in Lieu of Answer. See *Exhibit B, "Reply Memorandum in Support of Defendants, City of Warwick Treasurer, Warwick Police Department and Chief Stephen McCartney, Motion to Dismiss in Lieu of Answer."*

## II. CONCLUSION

For the reasons set forth herein, and those that may arise at hearing, this defendant respectfully requests that this Court grant his Motion to Dismiss in Lieu of Answer.

Defendants,
By their attorneys,

*/s/ Marc DeSisto*
*/s/ Karen K. Corcoran*

Marc DeSisto, Esq. (#2757)
Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com
karen@desistolaw.com

CERTIFICATION OF SERVICE

This document has been filed electronically and is available for viewing and downloading from the ECF system. I hereby further certify that a true copy of the within Memorandum in Support of Motion to Dismiss in Lieu of Answer was mailed, postage prepaid, on this 5th day of September, 2006 to:

Michael P. Tatro, Pro Se
P.O. Box 8249
Cranston, RI 02920

*/s/ Karen K. Corcoran*