**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL P. TATRO,
*Plaintiff (PRO SE)*,

vs.

EDWARD CONWAY, et al.,
*Defendants.*

C.A. No: 06-333 ML

**STIPULATION**

Now comes defendant, Edward Conway, through his attorneys and states that he was served with the complaint on August 18, 2006. He has filed a motion to dismiss in lieu of answer along with an accompanying memorandum of law.

Defendant hereby consents to the removal of this matter as filed by the other defendants on July 19, 2006.

Defendant,
Edward Conway,
By his attorneys,

*/s/ Marc DeSisto*
*/s/ Karen K. Corcoran*

Marc DeSisto, Esq. (#2757)
Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com
karen@desistolaw.com

CERTIFICATION OF SERVICE

This document has been filed electronically and is available for viewing and downloading from the ECF system. I hereby further certify that a true copy of the within was mailed, postage prepaid, on this 5th day of September, 2006 to:

Michael P. Tatro, Pro Se
P.O. Box 8249
Cranston, RI 02920

*/s/ Karen K. Corcoran*