UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**MICHAEL P. TATRO**
***(PLAINTIFF)***

**VS.**

**EDWARD CONWAY, JR.**
**CITY OF WARWICK TREASURER**
**WARWICK POLICE DEPARTMENT**
**CHIEF STEPHEN MCCARTNEY**
**JOHN DOE #1, JOHN DOE #2,**
**JOHN DOE #3, JOHN DOE #4**
**JOHN DOE #5, JOHN DOE #6**
(DEFENDANT'S)

**C.A. No: 06-333ML**

**(Former -CA NO K-06-527)**

## PLAINTIFF MICHAEL P. TATRO'S TO RECONSIDER THE MOTION FOR THE DISTRICT COURT TO TAKE JUDICIAL NOTICE OF THE PRIOR ORDER OF THE SUPERIOR COURT GRANTING HIM LEAVE TO PROCEED IN FORMA PAUPERIS

NOW COMES the plaintiff, Michael P. Tatro, Pro-Se, in the above entitled matter and hereby moves this Honorable Court to reconsider the Motion to take Judicial Notice of the Kent County Superior Court Order of June 6, 2006, granting him leave to proceed in Forma Pauperis. In support hereof he states the following:

1) On August 28, 2006 the United States District Court, Lisi, J. denied the plaintiff's motion stating that it was moot do to the fact the defendants who removed the case to the District Court had already paid the required filing fee.

2) The order of the Superior Court dated June 6, 2006, (attached to original memorandum in support @ exhibit A) encompassed to separate facets of the Plaintiff's leave to proceed In Forma Pauperis as granted by that court:

A. The order allowed the plaintiff to proceed without the payment of a filing fee.

B. The order allowed the plaintiff to serve all process without the payment of the required fees.

In moving the District Court to Take Judicial Notice under Rule 201 the plaintiff sought not to be excused from the payment of filing fees but rather the costs associated with the service of process on yet to be served defendants as well the service of necessary subpoenas for the production of documents and the summonsing of deponents for the taking of depositions.

WHEREFORE, the plaintiff, Relying upon the original memorandum in support of the Motion to have the District Court take Judicial Notice of the June 6, 2006 Superior Court order, moves that this Honorable Court reconsider the August 28, 2006 denial of his motion and enter an order allowing him to serve process without costs as is consistent with the prior order of the Superior Court.

Respectfully Submitted:

Michael P. Tatro, Pro-Se
Intake Service Center
P.O. Box 8249
Cranston, RI 02920
ISC G 218 B

**CERTIFICATION**

I hereby certify that I mailed a true copy of the with motion to counsel of record for Defendants City of Warwick Treasurer and Chief Stephen McCartney, Marc Desisto, Desisto Law, 211 Angel Street, Providence, RI 02903 on the 31st day of August 2006.

**PLEASE TAKE NOTICE** THAT THE WITHIN MOTION WAS ALSO MAILED, POSTAGE PRE-PAID, TO THE HOME ADDRESS OF THE DEFENDANT EDWARD CONWAY AT 232 WASHINGTON, AVENUE, WARWICK, RI 02889 ON THE 31stDAY OF AUGUST 2006. **PLEASE TAKE FURTHER NOTICE** THAT THE PLAINTIFF HAS STILL BEEN UNSUCCESSFUL IN HIS EFFORTS TO HAVE DEFENDANT CONWAY SERVED WITH A COPY OF THE SUMMONS AND COMPLAINT.