STATE OF RHODE ISLAND
KENT, S.C.

SUPERIOR COURT

MICHAEL P. TATRO

VS.

C.A. NO.: KC06-0527

EDWARD CONWAY, CITY
of WARWICK TREASURER,
WARWICK POLICE DEPARTMENT,
CHIEF STEPHEN MCCARTNEY,
JOHN DOES 1-6

## MOTION TO DISMISS

Now comes Defendant Edward Conway and, pursuant t provisions of Rule 12(b)(6) of the Superior Court Rules of Civil Procedure, hereby moves this Honorable Court for an order dismissing the within action with prejudice and awarding the said Defendant his costs and reasonable attorneys fees.

The reasons in support of this motion are more fully set forth in the accompanying memorandum of law.

**HEARING DATE: October 10, 2006**

Defendant Edward Conway,
By his attorneys,

James E. Kelleher, Esquire (#4054)
Revens, Revens and St. Pierre
946 Centerville Road
Warwick, RI 02886
(401) 822-2900

946 Centerville Road
Warwick, RI 02886
(401) 822-2900

CERTIFICATION

The undersigned hereby certifies that a copy of this pleading was mailed, by first class mail postage prepaid, to the Plaintiff, Michael P. Tatro, at P.O. Box 8249, Cranston, RI 02920, and the Office of the Warwick City Solicitor, Warwick City Hall, 3275 Post Rd. Warwick, RI 02886, on this 30th day of August, 2006.

________________________

T6830memconway

**STATE OF RHODE ISLAND**
**KENT, S.C.**

**SUPERIOR COURT**

**MICHAEL P. TATRO**

**VS.**

**C.A. NO.: KC06-0527**

**EDWARD CONWAY, CITY of WARWICK TREASURER, WARWICK POLICE DEPARTMENT, CHIEF STEPHEN MCCARTNEY, JOHN DOES 1-6**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS**

The instant complaint sounds exclusively in tort. As such, all applicable statutes of limitations expire at three years post-incident. A fair reading of Plaintiff's complaint makes clear that none of the alleged conduct, all of which Defendant vehemently and emphatically denies, occurred later than 1988. As a consequence, all applicable provisions of Rhode Island General Laws §9-1-36 (the enumeration of our statutes of limitations) bar the instant action.

WHEREFORE, Defendant prays that this Honorable Court dismiss this action with prejudice, and that Defendant be awarded his costs and attorneys fees incurred in defending this scurrilous, groundless and legally barred civil action.

**HEARING DATE: October 10, 2006**

Defendant Edward Conway,
By his attorneys,

James E. Kelleher, Esquire (#4054)
Revens, Revens and St. Pierre

## CERTIFICATION

The undersigned hereby certifies that a copy of this pleading was mailed, by first class mail postage prepaid, to the Plaintiff, Michael P. Tatro, at P.O. Box 8249, Cranston, RI 02920, and the Office of the Warwick City Solicitor, Warwick City Hall, 3275 Post Rd. Warwick, RI 02886, on this 30th day of August, 2006.

T6830motconway