**STATE OF RHODE ISLAND**
**KENT, SC**

**SUPERIOR COURT**

**MICHAEL P. TATRO**
**(PLAINTIFF)**

**VS.**

**EDWARD CONWAY, JR.**
**CITY OF WARWICK TREASURER**
**WARWICK POLICE DEPARTMENT**
**CHIEF STEPHEN MCCARTNEY**
**JOHN DOE #1, JOHN DOE #2**
**JOHN DOE #3, JOHN DOE #4**
**JOHN DOE #5, JOHN DOE #6**
**(DEFENDANT'S)**

**CA NO K-06-527)**

**JURY TRAIL DEMANDED**

**PLAINTIFF MICHAEL P. TATRO'S OBJECTION TO DEFENDANT EDWARD CONWAY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

**NOW COMES** the plaintiff, Michael P. Tatro, Pro-Se, in the above-entitled matter and hereby objects to the Defendant, Edward Conway's, Motion To Dismiss Pursuant To Rule 12(B)(6) of the Superior Court Rules of Civil Procedure. In support hereof the Plaintiff states the following:

1) That the causes of action set forth in the complaint, among other things, allege sexual assault of a minor, for which the statue of limitations is governed, in part by, R.I.G.L. § 9-1-51, *LIMITATIONS OF ACTIONS BASED ON SEXUAL ABUSE OR EXPLOITATION OF A CHILD*.

2) That any and all statutes of limitation which would bar the prosecution of the instant action, should they have run, have been tolled for several reasons which are

outlined and supported in detail within the attached Memorandum In Support of the Plaintiff's Objections to the Motion to dismiss.

3) Certain causes of action within the complaint are based upon allegations of breach of contract which are governed by R.I.G.L. § 9-1-13(a).

WHEREFORE, the plaintiff prays this Honorable Court issue an order denying the defendant's motion to dismiss.

Respectfully Submitted:

______________________________

**Michael P. Tatro, Pro-Se.**
P.O. Box 8249
Cranston, RI 02920

**CERTIFICATION**

I hereby certify that I mailed a true copy of the with motion to counsel of record for the defendants , Marc Desisto, Desisto Law, 211 Angel Street, Providence, RI 02903 on the 31st day of August 2006 and James E. Kelleher, 946 Centerville Road, Warwick, RI 02886

______________________________