**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL P. TATRO**
**(PLAINTIFF)**

**VS.**

**EDWARD CONWAY, JR.**
**CITY OF WARWICK TREASURER**
**WARWICK POLICE DEPARTMENT**
**CHIEF STEPHEN MCCARTNEY**
**JOHN DOE #1, JOHN DOE #2**
**JOHN DOE #3, JOHN DOE #4**
**JOHN DOE #5, JOHN DOE #6**

**C.A. No: 06-333ML**

**(Former CA NO K-06-527)**

**JURY TRAIL DEMANDED**

# NOTICE OF INTENT TO TAKE DEPOSITION PURSUANT TO RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE

*Now Comes* the Plaintiff, Michael P. Tatro, Pro-Se, in the above entitled-matter and hereby gives notice of his intent to take the deposition of Defendant ***Edward Conway,***. of 232 Washington Ave, Warwick, RI 02889 on the 25th day of September 2006 at the Adult Correctional Institution, Intake Service Center, Cranston, RI 02920 at 10:00 am. The deposition shall be recorded by stenographic means and shall continue day to day there after until completed.

You are invited to attend and cross-examine.

Date 8 / 31 / 2006.

**Michael P. Tatro, Pro-Se**
P.O. Box 8249
Cranston, RI 02920
ISC G 218 B

**CERTIFICATION OF SERVICE**

I hereby certify that I mailed a true copy of the with motion to counsel of record for the defendants , Marc Desisto, Desisto Law, 211 Angel Street, Providence, RI 02903 on the 31st day of August 2006 and James E. Kelleher, 946 Centerville Road, Warwick, RI 02886

________________________