**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL P. TATRO**
**(PLAINTIFF)**

**VS.**

**EDWARD CONWAY, JR.**
**CITY OF WARWICK TREASURER**
**WARWICK POLICE DEPARTMENT**
**CHIEF STEPHEN MCCARTNEY**
**JOHN DOE #1, JOHN DOE #2**
**JOHN DOE #3, JOHN DOE #4**
**JOHN DOE #5, JOHN DOE #6**

**C.A. No: 06-333ML**

**(Former CA NO K-06-527)**

**JURY TRAIL DEMANDED**

**NOTICE OF CERTIFICATION OF SERVICE**
**OF MOTION FOR LEAVE TO AMEND COMPLAINT**

NOW COMES the plaintiff, **MICHAEL P. TATRO**, Pro-Se, in the above captioned case and hereby notifies the Honorable District Court that he has caused a true copy of the Motion for Leave to Amend Complaint to be served upon the Attorney for Defendant Edward Conway, namely James E. Kelleher, Esq., 946 Centerville Road, Warwick, RI 02886 on the 31st day of August 2006.

The plaintiff further states that at the time the motion was originally filed with the District Court (July 27, 2006) and served upon other defendants, the name and address of the Attorney for Defendant Conway was not know and therefore the pleading was not served upon the defendant nor certified pursuant to Rule 5 of the Federal Rules of Civil Procedure until such time as the Plaintiff learned the necessary information.

Respectfully Submitted:

Michael P. Tatro, Pro-Se.
P.O. Box 8249
Cranston, RI 02920

**CERTIFICATION**

I hereby certify that I mailed a true copy of the with motion to counsel of record for the defendants , Marc Desisto, Desisto Law, 211 Angel Street, Providence, RI 02903 on the 31st day of August 2006 and James E. Kelleher, 946 Centerville Road, Warwick, RI 02886