**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MICHAEL P. TATRO,<br>*Plaintiff (PRO SE)*,<br><br>vs.<br><br>EDWARD CONWAY, et al.,<br>*Defendants.* | C.A. No: 06-333 ML |

**OBJECTION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

Now comes the Defendant, Edward Conway, to join Defendants, City of Warwick Treasurer, Warwick Police Department, and Chief Stephen McCartney, in their Objection to Plaintiff's Motion for Leave to Amend Complaint. As grounds, Defendant states that the Second Amended Complaint would be futile in that it is time-barred. Defendant further relies on Defendant's Memorandum in Support of Objection to Motion for Leave to Amend Complaint,

Defendant,
By his attorneys,

*/s/ Marc DeSisto*
*/s/ Karen K. Corcoran*

Marc DeSisto, Esq. (#2757)
Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com
karen@desistolaw.com

CERTIFICATION OF SERVICE

This document has been filed electronically and is available for viewing and downloading from the ECF system. I hereby further certify that a true copy of the within Objection to Plaintiff's Motion for Leave to Amend Complaint was mailed, postage prepaid, on this 14th day of September, 2006 to:

Michael P. Tatro, Pro Se
78721
Intake Service Center
P.O. Box 8249
Cranston, RI 02920
G-Mod 218TOP

*/s/ Karen K. Corcoran*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL P. TATRO,
*Plaintiff (PRO SE)*,

vs.

EDWARD CONWAY, et al.,
*Defendants.*

C.A. No: 06-333 ML

**MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendant, Edward Conway, joins Defendants, City of Warwick Treasurer, Warwick Police Department, and Chief Stephen McCartney, in objecting to Plaintiff's Motion for Leave to Amend Complaint. As grounds, Defendant states that the Second Amended Complaint would be futile in that it is time-barred by *R.I. Gen. Laws §9-1-14*.

Defendant further relies on the reasons and arguments as presented in Defendant Edward Conway's Memorandum in Support of Motion to Dismiss in Lieu of Answer, Document 16, filed September 5, 2006, as well as Defendants', City of Warwick Treasurer, Warwick Police Department and Chief Stephen McCartney, Memorandum in Support of Motion to Dismiss in Lieu of Answer, Document 4, filed July 19, 2006, and Defendants', City of Warwick Treasurer, Warwick Police Department and Chief Stephen McCartney, Reply Memorandum in Support of their Motion to Dismiss in Lieu of Answer, Document 8, filed August 11, 2006.

Defendant,
Edward Conway,
By his attorneys,

*/s/ Marc DeSisto*
*/s/ Karen K. Corcoran*

Marc DeSisto, Esq. (#2757)
Karen K. Corcoran, Esq. (#6877)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com
karen@desistolaw.com

CERTIFICATION OF SERVICE

This document has been filed electronically and is available for viewing and downloading from the ECF system. I hereby further certify that a true copy of the within Objection to Plaintiff's Motion for Leave to Amend Complaint was mailed, postage prepaid, on this 14th day of September, 2006 to:

Michael P. Tatro, Pro Se
78721
Intake Service Center
P.O. Box 8249
Cranston, RI 02920
G-Mod 218TOP

*/s/ Karen K. Corcoran*