ID: 078721 SECURITY: INTAKE SERVICE CNTER
NAME: TATRO MICHAEL P D.O.B: 09/15/1970

| DATE | CODE | TABLE | DESCRIPTION |
|---|---|---|---|
| 12/07/1990 | 06 | TRANSFER | INMATE MOVED FROM ISC TO SNF |
| 10/18/1991 | 06 | TRANSFER | INMATE MOVED FROM SNF TO HC |
| 12/06/1991 | 02 | DISCHARGE | INMATE WAS ESCAPE |
| 12/07/1991 | 06 | TRANSFER | INMATE MOVED FROM ESC TO SNF |
| 12/07/1991 | 06 | TRANSFER | INMATE MOVED FROM HOM TO SNF |
| 12/10/1991 | 09 | SENTENCED | INMATE SENTENCED |
| 01/29/1992 | 10 | COURT APPEAR | 41893988 RELEASED ON CASE |
| 01/31/1992 | 10 | COURT APPEAR | REMAND 6TH 62921745 |
| 02/03/1992 | 10 | COURT APPEAR | K2910001-K2910029-K2900185 ADDED CHARGES |
| 02/03/1992 | 10 | COURT APPEAR | K2890644-P2910086-P2903963 ADDED CHARGES |
| 02/03/1992 | 10 | COURT APPEAR | W2890331-K2890013 ADDED CHARGES |
| 02/17/1992 | 10 | COURT APPEAR | ADDED P1900239 |
| 02/24/1992 | 10 | COURT APPEAR | K28913,K289644,P2903963,K290185,RELEASED |
| 02/24/1992 | 10 | COURT APPEAR | K2911,K29129,P29186,W289331 RELEASED |
| 03/20/1992 | 10 | COURT APPEAR | ADDED K2920301 |
| 03/27/1992 | 10 | COURT APPEAR | UPFDATED K2920301 |
| 04/22/1992 | 10 | COURT APPEAR | REMAND KSC K2920301 |
| 04/29/1992 | 10 | COURT APPEAR | CASE K2920301 PROBATION |
| 05/27/1992 | 06 | TRANSFER | SNF - SNF C DORM C15 |
| 06/01/1992 | 06 | TRANSFER | SNF C DORM C15 - SNF C DORM C08 |
| 06/29/1992 | 10 | COURT APPEAR | UPDATED 81900742 |
| 07/03/1992 | 10 | COURT APPEAR | RELEASED ON PR - 90-7160 |
| 07/08/1992 | 06 | TRANSFER | SNF C DORM C08 - SNF DCB A08 |
| 07/13/1992 | 06 | TRANSFER | SNF DCB A08 - SNF C DORM C62 |
| 08/25/1992 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO MED |
| 09/09/1992 | 06 | TRANSFER | SNF C DORM C62 - SNF C DORM C62 |
| 09/09/1992 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO SNF |
| 09/17/1992 | 06 | TRANSFER | SNF C DORM C62 - ISC O 16T |
| 10/01/1992 | 06 | TRANSFER | ISC O 16T - ISC O 11T |
| 11/19/1992 | 06 | TRANSFER | ISC O 11T - ISC O 08T |
| 12/01/1992 | 06 | TRANSFER | ISC O 08T - ISC C 112B |
| 12/11/1992 | 10 | COURT APPEAR | SAME |
| 12/31/1992 | 06 | TRANSFER | ISC C 112B - ISC C 218T |
| 03/28/1993 | 06 | TRANSFER | ISC C 218T - ISC C 106T |
| 04/02/1993 | 10 | COURT APPEAR | ADDED K2890644,K2900185,K2920301,K293206 |
| 04/02/1993 | 10 | COURT APPEAR | ADDED K2910029,0001;P2920549,548;P291086 |
| 04/02/1993 | 10 | COURT APPEAR | ADDED W2890033 |
| 04/08/1993 | 10 | COURT APPEAR | UPDATED K2910029,0001;K2900185,K2890644 |
| 04/08/1993 | 10 | COURT APPEAR | UPDATED K2920301,K2930206,W2890331 |
| 04/08/1993 | 10 | COURT APPEAR | P2920549,0548,P2910086 UPDATED |
| 04/10/1993 | 06 | TRANSFER | ISC C 106T - ISC C 218T |
| 04/12/1993 | 10 | COURT APPEAR | K2930206,P2910086,K2910001,0029 |
| 04/12/1993 | 10 | COURT APPEAR | W2890331 UPDATED |
| 04/15/1993 | 10 | COURT APPEAR | K2910029,0001;K2900185;K2890644 UPDATED |
| 04/15/1993 | 10 | COURT APPEAR | UPDATED K2930206;W2890331 |
| 04/21/1993 | 10 | COURT APPEAR | |
| 05/13/1993 | 10 | COURT APPEAR | K2900185 8 YRS CONCURRENT |
| 05/13/1993 | 10 | COURT APPEAR | UPDATED K2930206,K2890644,P2920548 |
| 05/26/1993 | 10 | COURT APPEAR | K2930206 UPDATED |
| 06/03/1993 | 10 | COURT APPEAR | K2930206 UPDATED |
| 06/17/1993 | 10 | COURT APPEAR | UPDATED K2930206 |
| 06/21/1993 | 10 | COURT APPEAR | UPDATED K2930206 |
| 06/25/1993 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO PC |
| 06/30/1993 | 10 | COURT APPEAR | REMANDED |
| 07/03/1993 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO HS |
| 07/06/1993 | 10 | COURT APPEAR | UPDATED K2930206 |
| 07/08/1993 | 10 | COURT APPEAR | REMAND FROM KSC |
| 07/18/1993 | 06 | TRANSFER | ISC C 218T - ISC C 218T |

ID: 078721 SECURITY: INTAKE SERVICE CNTER
NAME: TATRO MICHAEL P D.O.B: 09/15/1970

| DATE | CODE | TABLE | DESCRIPTION | | | | |
|---|---|---|---|---|---|---|---|
| 08/03/1993 | 10 | COURT APPEAR | UPDATED K2930206 | | | | |
| 08/25/1993 | 06 | TRANSFER | ISC C | 218T | - | ISC C | 218B |
| 09/08/1993 | 10 | COURT APPEAR | REMAND | | | | |
| 09/24/1993 | 10 | COURT APPEAR | REMAND | | | | |
| 10/01/1993 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO MAX | | | | |
| 10/06/1993 | 10 | COURT APPEAR | K2930206 UPDATED | | | | |
| 10/07/1993 | 10 | COURT APPEAR | REMANDED | | | | |
| 10/20/1993 | 10 | COURT APPEAR | UPDATED K2930206 | | | | |
| 10/22/1993 | 10 | COURT APPEAR | REMANDED | | | | |
| 11/03/1993 | 10 | COURT APPEAR | K2930206 UPDATED | | | | |
| 11/18/1993 | 10 | COURT APPEAR | REMAND | | | | |
| 11/29/1993 | 10 | COURT APPEAR | REMAND FROM KSC | | | | |
| 12/10/1993 | 10 | COURT APPEAR | REMAND FROM KSC | | | | |
| 01/13/1994 | 10 | COURT APPEAR | UPDATED K2930206 | | | | |
| 01/20/1994 | 06 | TRANSFER | ISC C | 218B | - | ISC G | 114T |
| 02/03/1994 | 10 | COURT APPEAR | UPDATED K2930206 | | | | |
| 02/04/1994 | 10 | COURT APPEAR | REMANDED | | | | |
| 02/10/1994 | 10 | COURT APPEAR | UPDATED K2930206 | | | | |
| 02/24/1994 | 10 | COURT APPEAR | REMAND FROM KSC | | | | |
| 03/07/1994 | 10 | COURT APPEAR | REMANDED | | | | |
| 03/11/1994 | 10 | COURT APPEAR | REMANDED | | | | |
| 03/31/1994 | 10 | COURT APPEAR | UPDATED K2930206 | | | | |
| 04/06/1994 | 06 | TRANSFER | ISC G | 114T | - | ISC G | 207T |
| 04/19/1994 | 10 | COURT APPEAR | UPDATED K2930206 | | | | |
| 04/27/1994 | 10 | COURT APPEAR | K2930206 UPDATED | | | | |
| 05/05/1994 | 10 | COURT APPEAR | K2930206 UPDATED | | | | |
| 05/12/1994 | 06 | TRANSFER | ISC G | 207T | - | ISC G | 207B |
| 06/07/1994 | 10 | COURT APPEAR | UPDATED K2930206 | | | | |
| 09/20/1994 | 10 | COURT APPEAR | UPDATED K2932065 | | | | |
| 10/17/1994 | 10 | COURT APPEAR | K2930206C UPDATED | | | | |
| 11/07/1994 | 10 | COURT APPEAR | K2930206C UPDATED | | | | |
| 11/14/1994 | 10 | COURT APPEAR | REMANDED FROM COURT | | | | |
| 11/28/1994 | 10 | COURT APPEAR | K2930206C UPDATED | | | | |
| 12/09/1994 | 10 | COURT APPEAR | REMANDED FROM COURT | | | | |
| 12/15/1994 | 10 | COURT APPEAR | REMANDED FROM COURT | | | | |
| 01/20/1995 | 10 | COURT APPEAR | K2930206C UPDATED | | | | |
| 01/25/1995 | 10 | COURT APPEAR | REMAND K2930206C | | | | |
| 02/12/1995 | 06 | TRANSFER | ISC G | 207B | - | ISC G | 204B |
| 02/12/1995 | 06 | TRANSFER | ISC G | 204B | - | ISC G | 207B |
| 02/24/1995 | 10 | COURT APPEAR | REMANDED FROM COURT | | | | |
| 03/13/1995 | 06 | TRANSFER | ISC G | 207B | - | ISC G | 212T |
| 04/12/1995 | 10 | COURT APPEAR | K2930206C UPDATED | | | | |
| 04/14/1995 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO MXP | | | | |
| 04/20/1995 | 10 | COURT APPEAR | K2930206C UPDATED | | | | |
| 06/09/1995 | 06 | TRANSFER | ISC G | 212T | - | ISC G | 212B |
| 06/14/1995 | 10 | COURT APPEAR | K2930206C UPDATED | | | | |
| 06/20/1995 | 10 | COURT APPEAR | UPDATED K2930206C | | | | |
| 06/28/1995 | 10 | COURT APPEAR | K2930206C REMAND | | | | |
| 09/29/1995 | 09 | SENTENCED | K2930206A 5YRS CONCUR & 5YRS CONSECUTIVE | | | | |
| 12/09/1995 | 06 | TRANSFER | ISC G | 212B | - | ISC P | 19T |
| 12/12/1995 | 06 | TRANSFER | ISC P | 19T | - | ISC P | 19B |
| 12/23/1995 | 06 | TRANSFER | ISC P | 19B | - | ISC P | 05B |
| 12/23/1995 | 06 | TRANSFER | ISC P | 05B | - | ISC P | 19B |
| 01/09/1996 | 06 | TRANSFER | ISC P | 19B | - | ISC P | 17B |
| 03/16/1996 | 06 | TRANSFER | ISC P | 17B | - | ISC P | 11T |
| 03/17/1996 | 06 | TRANSFER | ISC P | 11T | - | ISC P | 17B |
| 08/18/1996 | 06 | TRANSFER | ISC P | 17B | - | ISC HW | 11 |
| 08/26/1996 | 06 | TRANSFER | ISC HW | 11 | - | ISC P | 17B |

RAP SHEET

ID: 033721
NAME: TATRO MICHAEL P

SECURITY: INTAKE SERVICE CNTER
D.O.B: 09/15/1970

| DATE | CODE | TABLE | DESCRIPTION |
|---|---|---|---|
| 09/23/1996 | 88 | MISC | AWARDED 30 DAYS MERIT TIME |
| 01/17/1997 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 02/28/1997 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO MIN |
| 03/28/1997 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO MXP |
| 03/30/1997 | 06 | TRANSFER | ISC P 17B - ISC P 18T |
| 04/03/1997 | 06 | TRANSFER | ISC P 18T - ISC P 17B |
| 05/01/1997 | 06 | TRANSFER | ISC P 17B - SOS |
| 05/01/1997 | 02 | DISCHARGE | INMATE DISCH. TO MASS. FROM ISC |
| 05/08/1997 | 01 | COMMITMENT | SOS - ISC P 10T |
| 05/12/1997 | 17 | OFF PC | REMOVED FROM PC AT HOM |
| 05/12/1997 | 02 | DISCHARGE | INMATE PAR/HOM CONFINEMENT FROM ISC |
| 02/11/1998 | 12 | COMMENT | INMATE HC PAROLE TO STRAIGHT PAROLE |
| 04/11/1998 | 09 | SENTENCED | PAROLE VIOLATOR |
| 04/11/1998 | 01 | COMMITMENT | INMATE RECOMMITED TO ISC |
| 04/12/1998 | 06 | TRANSFER | ISC I 13T - ISC HW 01 |
| 04/19/1998 | 06 | TRANSFER | ISC HW 01 - ISC ISOL B |
| 04/21/1998 | 06 | TRANSFER | ISC ISOL B - ISC HW 01 |
| 04/22/1998 | 06 | TRANSFER | ISC HW 01 - ISC ISOL A |
| 04/22/1998 | 16 | ON PC | PLACED ON PC AT ISC |
| 04/22/1998 | 07 | CLASSIFY | INMATE WAS CLASSIFIED TO MXP |
| 04/24/1998 | 06 | TRANSFER | ISC ISOL A - ISC O 03T |
| 05/11/1998 | 17 | OFF PC | REMOVED FROM PC AT ISC |
| 05/11/1998 | 07 | CLASSIFY | INMATE WAS RECLASSIFIED TO MIN |
| 05/12/1998 | 06 | TRANSFER | ISC O 03T - ISC O 11T |
| 06/15/1998 | 06 | TRANSFER | ISC O 11T - HOM |
| 06/15/1998 | 02 | DISCHARGE | INMATE PAR/HOM CONFINEMENT FROM ISC |
| 03/17/1999 | 12 | COMMENT | PAROLE/HOM TO PAROLE |
| 05/13/2005 | 01 | COMMITMENT | INMATE RECOMMITED ISC |
| 05/13/2005 | 06 | TRANSFER | ISC - ISC H 223B |
| 05/16/2005 | 10 | COURT APPEAR | P2043285A HWOB TO 25000 W/S |
| 05/16/2005 | 10 | COURT APPEAR | K2930206C,K2910029A UPDATED |
| 05/17/2005 | 10 | COURT APPEAR | REMANDED |
| 05/20/2005 | 10 | COURT APPEAR | DEM WAR HWOB TO 62059221 10000WS |
| 05/20/2005 | 10 | COURT APPEAR | CUMB A&A HWOB TO 62059206 25000WS |
| 05/24/2005 | 10 | COURT APPEAR | RICHM A&A HWOB TO 42051920 40000WS |
| 06/17/2005 | 06 | TRANSFER | ISC H 223B - ISC G 204T |
| 06/21/2005 | 10 | COURT APPEAR | REMANDED |
| 08/09/2005 | 10 | COURT APPEAR | 62059221 TO P2052299A |
| 08/16/2005 | 10 | COURT APPEAR | REMANDED FROM COURT |
| 08/23/2005 | 06 | TRANSFER | ISC G 204T - ISC G 214T |
| 08/30/2005 | 10 | COURT APPEAR | REMANDED |
| 09/10/2005 | 06 | TRANSFER | ISC G 214T - ISC G 202B |
| 09/16/2005 | 10 | COURT APPEAR | REMADNED |
| 09/17/2005 | 06 | TRANSFER | ISC G 202B - ISC G 207B |
| 09/19/2005 | 10 | COURT APPEAR | REMANDED |
| 09/21/2005 | 10 | COURT APPEAR | REMANDED |
| 09/22/2005 | 10 | COURT APPEAR | P2043285A UPDATED |
| 09/25/2005 | 06 | TRANSFER | ISC G 207B - ISC ISOL C |
| 09/26/2005 | 06 | TRANSFER | ISC ISOL C - ISC G 207B |
| 09/26/2005 | 10 | COURT APPEAR | REMANDED |
| 09/27/2005 | 06 | TRANSFER | ISC G 207B - ISC ISOL B |
| 09/28/2005 | 06 | TRANSFER | ISC ISOL B - ISC G 207B |
| 10/17/2005 | 10 | COURT APPEAR | P2052299A UPDATED |
| 10/27/2005 | 10 | COURT APPEAR | REMANDED |
| 10/31/2005 | 10 | COURT APPEAR | K2930206C,P2043785A UPDATED |
| 11/04/2005 | 10 | COURT APPEAR | REMANDED |
| 11/11/2005 | 06 | TRANSFER | ISC G 207B - ISC G 210B |
| 11/21/2005 | 10 | COURT APPEAR | P2052299A UPDATED |

RAP SHEET

ID: 078721 SECURITY: INTAKE SERVICE CNTER
NAME: TATRO MICHAEL P D.O.B: 09/15/1970

| DATE | CODE | TABLE | DESCRIPTION |
|---|---|---|---|
| 11/21/2005 | 10 | COURT APPEAR | K2932066,P2043285A UPDATED |
| 11/22/2005 | 10 | COURT APPEAR | 42051920 TO W2050409A,NCO WITH VICTIM |
| 11/30/2005 | 10 | COURT APPEAR | K2930206A,P2043285A UPDATED |
| 12/05/2005 | 10 | COURT APPEAR | P2052299A UPDATED |
| 12/07/2005 | 10 | COURT APPEAR | P2043285A,K2930206C UPDATED |
| 12/08/2005 | 10 | COURT APPEAR | 62059206 REL CASE,PSC DOCUMENT |
| 12/29/2005 | 06 | TRANSFER | ISC G 210B - ISC G 218B |
| 01/04/2006 | 10 | COURT APPEAR | P2052299A UPDATED |
| 01/12/2006 | 10 | COURT APPEAR | P2052299A UPDATED |
| 01/23/2006 | 10 | COURT APPEAR | W2050409A UPDATED |
| 01/26/2006 | 10 | COURT APPEAR | P2052299A UPDATED |
| 01/27/2006 | 10 | COURT APPEAR | P2043285A,K2930206C UPDATED |
| 02/06/2006 | 10 | COURT APPEAR | W2050409A UPDATED |
| 03/03/2006 | 10 | COURT APPEAR | K2930206C,P2043285A UPDATED |
| 03/20/2006 | 06 | TRANSFER | ISC G 218B - ISC ISOL D |
| 03/21/2006 | 06 | TRANSFER | ISC ISOL D - ISC G 218B |
| 03/22/2006 | 10 | COURT APPEAR | P2052299A UPDATED |
| 03/29/2006 | 10 | COURT APPEAR | W2050409A,P2052299A,P2043285A UPDATED |
| 03/29/2006 | 10 | COURT APPEAR | K2930206C UPDATED |
| 04/28/2006 | 10 | COURT APPEAR | K2930206C,P2043285A,P2052299A UPDATED |
| 05/02/2006 | 10 | COURT APPEAR | REMANDED |
| 06/09/2006 | 10 | COURT APPEAR | REMANDED |
| 06/27/2006 | 10 | COURT APPEAR | K2930206C, P2052299A UPDATED |
| 06/27/2006 | 10 | COURT APPEAR | P2043285A, W2050409A UPDATED |
| 07/24/2006 | 10 | COURT APPEAR | REMANDED |