**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL P. TATRO**

**VS.** **C.A. NO: 06-0333ML**

**EDWARD CONWAY, CITY of WARWICK TREASURER, WARWICK POLICE DEPARTMENT, CHIEF STEPHEN MCCARTNEY, JOHN DOES 1-6** **(former C.A. No. KC 06-0527)**

## ENTRY OF APPEARANCE

Now comes the undersigned and hereby enters his appearance as co-counsel for Defendant Edward Conway.

Defendant Edward Conway,
By his attorneys,

/s/ James E. Kelleher
James E. Kelleher, Esquire (#4054)
Revens, Revens and St. Pierre
946 Centerville Road
Warwick, RI 02886
(401) 822-2900
*jamesk@rrsplaw.com*

## CERTIFICATION

The undersigned hereby certifies that a copy of this pleading was mailed, by first class mail postage prepaid, to the Plaintiff, Michael P. Tatro #78721, at Intake Service Center, P.O. Box 8249, Cranston, RI 02920 G-MOD, 218TOP, and delivered to Marc DeSisto, Esq., 211 Angell Street, Providence, RI 02906 by electronic service, on this 18th day of September, 2006.

/s/ James E. Kelleher

t6918entconway