**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL P. TATRO**

**VS.** **C.A. NO: 06-0333ML**

**EDWARD CONWAY, CITY of WARWICK TREASURER, WARWICK POLICE DEPARTMENT, CHIEF STEPHEN MCCARTNEY, JOHN DOES 1-6** **(former C.A. No. KC 06-0527)**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

Plaintiff's complaint in the instant case describes alleged tortuous conduct that purportedly occurred on or before 1988. As a consequence, all defendants have filed motions to dismiss based upon the applicable statute of limitation. Those motions are currently pending before this Court but have not yet been scheduled for hearing.

In the interim, Plaintiff has noticed the deposition of Defendant Conway for September 25, 2006, the said deposition to take place at the ACI wherein Plaintiff is an inmate. Defendant avers that, in light of the clarity of the allegations and the clarity of the applicable statute of limitations, no information can be gleaned at this deposition that would have any bearing at all on the motions to dismiss. Moreover, and in light of the horrific and inflammatory allegations contained in the complaint, Defendant Conway, through counsel, contends that the deposition will likely serve as a vehicle for harassment, annoyance, and the incurring of additional legal fees the need for which will be obviated once the Court decides the pending motions to dismiss.

WHEREFORE, Defendant Conway prays that this Court order that the deposition not be held until such time as the Court has ruled on the pending dispositive motions.

Defendant Edward Conway,
By his attorneys,

/s/ James E. Kelleher
James E. Kelleher, Esquire (#4054)
Revens, Revens and St. Pierre
946 Centerville Road
Warwick, RI 02886
(401) 822-2900
*jamesk@rrsplaw.com*

CERTIFICATION

The undersigned hereby certifies that a copy of this pleading was sent by courier and mailed, by first class mail postage prepaid, to the Plaintiff, Michael P. Tatro #78721, at Intake Service Center, P.O. Box 8249, Cranston, RI 02920 G-MOD, 218TOP, and delivered to Marc DeSisto, Esq., 211 Angell Street, Providence, RI 02906 by electronic service, on this 18th day of September, 2006.

/s/ James E. Kelleher

t6918entconway