**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL P. TATRO**

**VS.** **C.A. NO: 06-0333ML**

**EDWARD CONWAY, CITY of WARWICK TREASURER, WARWICK POLICE DEPARTMENT, CHIEF STEPHEN MCCARTNEY, JOHN DOES 1-6** **(former C.A. No. KC 06-0527)**

## MOTION FOR PROTECTIVE ORDER

Now comes Defendant Edward Conway and, pursuant to provisions of Rule 26 (c) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to issue a protective order regarding that certain notice of deposition of this Defendant previously filed by Plaintiff. Specifically, Defendant seeks to have the deposition postponed until after this Court decides the pending motions to dismiss based on the applicable statute of limitations.

The reasons in support of this Motion are set forth in the accompanying Memorandum of law.

Granted.
David L. Martin
USMJ
9-19-06

Defendant Edward Conway,
By his attorneys,

/s/ James E. Kelleher
James E. Kelleher, Esquire (#4054)
Revens, Revens and St. Pierre
946 Centerville Road
Warwick, RI 02886
(401) 822-2900