**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

**MICHAEL P. TATRO**
***(PLAINTIFF)***

**VS.**

**EDWARD CONWAY, JR.**
**CITY OF WARWICK TREASURER**
**WARWICK POLICE DEPARTMENT**
**CHIEF STEPHEN MCCARTNEY**
**JOHN DOE #1,JOHN DOE #2,**
**JOHN DOE #3, JOHN DOE #4**
**JOHN DOE #5, JOHN DOE #6**
***(DEFENDANT'S)***

**C.A. No: 06-333ML**

**(Former -CA NO K-06-527)**

**PLAINTIFF MICHAEL P. TATRO'S REPLY TO DEFENDANT EDWARD CONWAY'S OBJECTION TO MOTION AMEND COMPLAINT**

**NOW COMES** the plaintiff, Michael P. Tatro, in the above-entitled matter and herein replies to the objection of Perpetrator Defendant Edward Conway to the plaintiff's motion for leave to file and amended complaint. Plaintiff relies upon 1) the Memorandum in Support of the Motion for Leave to file an Amended Complaint previously submitted and served upon the parties and 2) the memorandum attached hereto:

Respectfully Submitted:

**Michael P. Tatro, Pro-Se**
P.O. Box 8249
Cranston, RI 02920
ISC G 218 B

**CERTIFICATION**

I hereby certify that I mailed a true copy of the with motion to counsel of record for the defendants, Marc Desisto, Desisto Law, 211 Angel Street, Providence, RI 02903 on the 16th$^{st}$ day of September 2006

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MICHAEL P. TATRO**<br>***(PLAINTIFF)***<br><br>**VS.**<br><br>**EDWARD CONWAY, JR.**<br>**CITY OF WARWICK TREASURER**<br>**WARWICK POLICE DEPARTMENT**<br>**CHIEF STEPHEN MCCARTNEY**<br>**JOHN DOE #1,JOHN DOE #2,**<br>**JOHN DOE #3, JOHN DOE #4**<br>**JOHN DOE #5, JOHN DOE #6**<br>***(DEFENDANT'S)*** | **C.A. No: 06-333ML**<br><br>**(Former -CA NO K-06-527)** |

**MEMORANDUM IN SUPPORT OF PLAINTIFF MICHAEL P. TATRO'S REPLY TO DEFENDANT EDWARD CONWAY'S OBJECTION TO MOTION AMEND COMPLAINT**

Defendant Conway objects to the amending of the complaint by the plaintiff on the grounds that any amendment would be futile in light of Perpetrator Defendant Edward Conway's claim that the plaintiff's action is time barred by R.I.G.L. § 9-1-14.

Unfortunately for Conway, his criminal and negligent conduct is governed, is also governed by the statutory language of R.I.G.L.§ ***9-1-51. LIMITATIONS ON ACTIONS BASED ON SEXUAL ABUSE OR EXPLOITATION OF A CHILD.***

> "(a) All claims or causes of action based on intentional conduct brought by any person for recovery of damages for injury suffered as a result of childhood sexual abuse shall be commenced with seven (7) years of the act alleged to have cause the injury or condition, or seven (7) years of the time the victim discovered that the injury or condition was caused by said act, whichever period expires later."

> "(b) The victim need not establish which act in a series of continuing sexual abuse or exploitation incidents cause the injury complained of, but may compute the date of discovery from the date of the last act *by the same perpetrator* which is part of a common scheme of plan of sexual abuse of exploitation."
>
> "(e) As used in this section, 'childhood sexual abuse' means any act committed by *the defendant* against a complainant who was less than (18) years of age at the time of the act and which act would have been a criminal violation of Chapter 37 of title 11" (emphasis added)

***KELLY V. MARCANTONIO***, 678 A 2d. 873 @ 875-76 (RI 1996).

Under these statutory provisions the plaintiff's claim is not time barred.

Additionally, the plaintiff points this court to the arguments and authority raised in the Plaintiff's objection(s) to the defendant's collective motions to dismiss pursuant to Rule 12(b)(6), as well as any arguments that may arise at hearing.

Wherefore, the plaintiff prays this Honorable Court grant him leave to file an amended complaint pursuant to Rule 15(a) of Rule of Civil Procedure.

Respectfully Submitted:

**Michael P. Tatro, Pro-Se**
P.O. Box 8249
Cranston, RI 02920
ISC G 218 B

**CERTIFICATION**

I hereby certify that I mailed a true copy of the with motion to counsel of record for the defendants, Marc Desisto, Desisto Law, 211 Angel Street, Providence, RI 02903 on the 16th[st] day of September 2006