THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL P. TATRO :
(Plaintiff) :

VS. : CA. NO.-06-333ML

EDWARD CONWAY, ET, AL. :
(Defendants)

**PLAINTIFF, MICHAEL P. TATRO'S, MOTION TO ASSIGN THE DEFENDANT'S MOTION TO DISMISS THE COMPLAINT IN LIEU OF AN ANSWER PURSUANT TO RULE 12(b)(6)**

**NOW COMES**, the plaintiff, Michael P. Tatro, Pro-Se., in the above captioned case and hereby moves the Honorable District Court to assign the defendant's Motion to Dismiss the Complaint In Lieu of an Answer, for a hearing before the District Court.

Respectfully Submitted:

Michael P. Tatro, Pro-Se
P.O. Box 8273
Cranston, RI 02920
Max, PII-92

CERTIFICATION OF SERVICE

I the undersigned do hereby state that I have sent a copy of the within motion to the Attorney for the Defendant's on the 8th day of November, 2006.