**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL P. TATRO** | : | |
| **(PLAINTIFF)** | : | |
| | : | |
| **VS.** | : | **C.A. No. 06-333ML** |
| | : | |
| | : | |
| | : | |
| **EDWARD CONWAY,** | : | |
| **CITY OF WARWICK TREASURER,** | : | |
| **WARWICK POLICE DEPARTMENT,** | : | |
| **CHIEF STEPHEN MCCARTNEY,** | : | |
| **JOHN DOE 1-6** | : | |

**PLAINTIFF MICHAEL P. TATRO'S OFFER OF PROOF AS TO CLAIMS OF REPRESSED RECOLLECTION**

**NOW COMES** the Plaintiff, Michael P. Tatro, Pro-Se., in the above-entitled matter and hereby makes the following offer of proof regarding claims of repressed recollection, as instructed by Chief Judge of the United States District Court, for the District of Rhode Island, Mary M. Lisi. [ order attached as exhibit number 1 ].

## I. REVELATION OF REPRESSED RECOLLECTION AND SEXUAL ABUSE.

The repressed memories of the physical, sexual and emotional abuse of the plaintiff by defendant Conway first surfaced during a period of inceration of the plaintiff at the Bristol County Jail in the Commonwealth of Massachusetts.

Upon initial committment of the plaintiff to the jail the plaintiff underwent detailed medical and pscyatrict evaluations in light of the fact that immediately preceeding his incarceration

he twice attempted suicide. The second of which left him hospitalized for three days following the ingestion of nearly 100,000 milligrams of Aceteminophen. In fact, the defendant was rendited to the Commonwealth of Massachusetts after he was taken in to custody at the Lawrence and Memorial Hospital in New London, Conecticutt by the State Police.

During the mental health stages of that evaluation the plaintiff was examined by Dr. David Denude, a psychiatrist, employed by Prison Health Service, contractor of medical services at the jail. Dr. Denude spent an A-typical amount of time with the patient and recorded copious notes of the session. ( November of 2004 )

The plaintiff was diagnosed with major depression and was placed on a regiment of Prozac and Serequel. The dossage and type of medication was adjusted as neccessary. ( November of 2004 )

Subsequent to meeting with Dr. Denude the plaintiff was evaluated by other psychologists and social workers after jail administrators received calls from the plaintiff's sister who became concerned when the plaintiff called her home and questioned why his mother had not replyed to his letters or visited him in jail. The plaintiff's mother has been deceased since March 4, 2000. The plaintiff also inquired of his sister as to the planning of what he thought was his upcoming wedding. However, the plaintiff married, four years earlier on August 18, 2000.

During the second of the meetings or sessions with mental health providers the plaintiff revealed to "Jim" [ use of last names was not permitted by certain employees] that he was sexually and phsyically by the defendant, Edward Conway.

The plaintiff was immediately referred to psychologist, Dr. Sally Pettis; a specialist in the treatment of victims of trauma. Dr. Pettis worked on a per-diem basis for Prison Health Service and met with the plaintiff weekly.

During therapeutic sessions with the plaintiff, Dr. Pettis, observed several clinical symptoms of Multiple Personality Disorder. ( more recently referred to as Dissassocitive Identity Disorder. DSM IV) Accordingly, Dr. Pettis administered an appropriate diagnostic test for same.

Dr. Pettis' prognosis proved correct and she then diagnosed the plaintiff as a patient suffering from PTSD and MPD.

During her treatment of the plaintiff Dr. Pettis reported having documented "Several Alters". She explained this as a manner in which a victim of abuse or trauma protects itself from memories of the trauma or in some cases the trauma itself if the victim is actually experiencing trauma such as case involving the prolonged, systamatic abuse, or sexual molestation.

In May of 2005 the plaintiff was transferred to Rhode Island and was thereafter committed to the ACI, pending court action in the Superior Court.

The medication regiments the plaintiff was taking continued, however, there was no counseling or therapy of any kind until September of 2006, when he was transfered to a sentenced facility.

Now, Since October of 2006 the Plaintiff has been seen by psychologists and psychiatrist on a regular basis. His medications as been altered slightly, as needed.

The plaintiff submits that should this matter proceed to hearing he will seek leave to file the neccessary subpoenas in order to secure the presence of the Mental Health Care Providers who will each give testimony of their treatment of the plaintiff and their expert opinion as to the relationship of the sexual and physicaly abuse suffered at the hands of Defendant Conway, to the repression of the memories of the assaults and the infliction of Post Traumatic Stress Syndrome and Multiple Personality Disorder, of the plaintiff.

Respectfully:

Michael P. Tatro, Pro-Se.
P.O. Box 8273
Cranston, RI 02920

CERTIFICATION OF SERVICE

I the undersigned do hereby certify that I have caused a true copy of the within motion to be mailed to the Office of the defendant's attorney of December 20, 2006.