UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL P. TATRO,

Plaintiff,

v. C.A. No. 06-333 ML

EDWARD CONWAY,
CITY OF WARWICK TREASURER,
WARWICK POLICE DEPARTMENT,
CHIEF STEPHEN MCCARTNEY,
JOHN DOE #1, JOHN DOE #2,
JOHN DOE #3, JOHN DOE #4,
JOHN DOE #5, JOHN DOE #6,

Defendants.

**ORDER**

This matter is before the Court on the motions to dismiss of Defendants City of Warwick Treasurer, Warwick Police Department, Chief Stephen McCartney, and Edward Conway filed pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff's amended complaint seeks to recover damages under 42 U.S.C. § 1983 and for alleged violations of state law.

In response to Conway's motion to dismiss Plaintiff raises a claim of repressed recollection which he argues tolls the applicable statute of limitations. Plaintiff, however, has not provided any evidence to support his claim. Plaintiff shall provide the Court with evidence in support of his claim by affidavit or offer of proof on or before January 16, 2007. See generally Roe v. Gelineau, 794 A.2d 476 (R.I. 2002).

SO ORDERED

Mary M. Lisi

Mary M. Lisi
Chief United States District Judge
December 15, 2006