UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL P. TATRO,
Plaintiff,

v. C.A. No. 06-333 ML

EDWARD CONWAY,
CITY OF WARWICK TREASURER,
WARWICK POLICE DEPARTMENT,
CHIEF STEPHEN MCCARTNEY,
JOHN DOE #1, JOHN DOE #2,
JOHN DOE #3, JOHN DOE #4,
JOHN DOE #5, JOHN DOE #6,
Defendants.

**ORDER**

The Court has reviewed Plaintiff's response to its Order dated December 15, 2006. While Plaintiff has not provided the Court with evidentiary material to support his claim of repressed recollection, Plaintiff has identified prospective witnesses who may be able to provide an evidentiary basis to support his claim. Although Plaintiff's submission falls short of what is required in order to hold an evidentiary hearing, see generally Roe v. Gelineau, 794 A.2d 476 (R.I. 2002); Kelly v. Marcantonio, 678 A.2d 873 (R.I. 1996), the Court grants Plaintiff latitude because of his pro se status. Accordingly, the Court will conduct an evidentiary hearing on March 29, 2007, at 9:30 a.m. to determine whether or not there is a sufficient basis to support

Plaintiff's claim of repressed recollection. Plaintiff should undertake the necessary actions to secure the evidence in support of his claim of repressed recollection.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
January 3, 2007