THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **MICHAEL P. TATRO (PLAINTIFF)** | : | |
| **VS.** | : | **06-333ML** |
| **EDWARD CONWAY, JR., ET AL. (DEFENDANTS)** | : | |

**PLAINTIFF MICHAEL P. TATRO'S**
**RULE 41(a)(1) DISMISSAL**

**NOW COMES**, the plaintiff, Michael P. Tatro, Pro-Se., in the above entitled matter and hereby dismisses the within action against all defendants, pursuant to the authority and right granted in Rule 41(a)(1), of the Federal Rules of Civil Procedure. The within actions are dismissed, **WITHOUT**, prejudice.

Dated: 1/11/2007

Submitted By:

Michael P. Tatro, Pro-Se.
P.O. Box 8273
Cranston, RI 02920

**CERTIFICATION**

I Michael P. Tatro, hereby state that a true copy of the within dismissal was mailed to the Attorney for the Defendant, Marc Desisto, 211 Angel Street, Providence, RI, postage-paid, on the 11th day of Jan 2007.

Enter: Mary M. Lisi
USDJ 1/19/07